Argued September 25, affirmed October 2, petition for
review denied November 10, 1970

STATE OF OREGON, *Respondent*, (No. C-55487)
*v.* DAN FRANCIS SNEDEKER, *Appellant.*

474 P2d 770

*Richard A. Reichsfeld*, Portland, argued the cause for appellant. With him on the brief were Gregory & Reichsfeld, Portland.

*Jacob B. Tanzer*, Solicitor General, Salem, argued the cause for respondent. With him on the brief was Lee Johnson, Attorney General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and BRANCHFIELD, Judges.

PER CURIAM.

Defendant, upon trial by jury, was convicted of assault and robbery while armed. On appeal defend-

ant contends only that error was committed when the trial court refused to grant him the right to take depositions of the state's witnesses. The Supreme Court has decided the issue contrary to his position. *State v. Lamphere*, 233 Or 330, 378 P2d 706 (1963).

Affirmed.